**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000689
13-APR-2022
08:04 AM
Dkt. 16 ODSD**

NO. CAAP-21-0000689

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ERIC MORALES, Claimant-Appellant-Appellant, v.
AIR CONDITIONING SPECIALIST, INC., Employer-Appellee-Appellee,
and CRUM & FORSTER, Insurance Carrier-Appellee-Appellee.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB-2021-141; DCD NO. 9-18-00816)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and McCullen, JJ.)

Upon review of the record, it appears that:

(1) The opening brief was due on or before March 7, 2022;

(2) Self-represented Claimant-Appellant-Appellant Eric Morales (Morales) failed to file the opening brief or request an extension of time;

(3) On March 10, 2022, the appellate clerk entered a default notice informing Morales that the time for filing the opening brief had expired, the matter would be called to the court's attention on March 21, 2022, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and Morales could request relief from default by motion; and

(4) Since the default notice, Morales has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, April 13, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge